JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MERRIT L. SHARP III et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE et al.<br><br>Defendants. | Case No. SACV 15-1584 AG (KESx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendants and against Plaintiffs.

Dated February 29, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT